**SNELL & WILMER L.L.P.**
Vaughn A. Crawford (NV Bar No. 7665)
Dawn L. Davis (NV Bar No. 13329)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
vcrawford@swlaw.com
ddavis@swlaw.com

**FAEGRE BAKER DANIELS LLP**
Tarifa B. Laddon (*Pro Hac Vice Pending*)
Theodore O'Reilly (*Pro Hac Vice Pending*)
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025
Telephone: (310) 500-2090
Facsimile: (310) 500-2091
Tarifa.laddon@faegrebd.com
Theodore.oreilly@faegrebd.com

*Attorneys for Defendants*
*Biomet, Inc., Biomet Orthopedics, LLC, Biomet*
*U.S. Reconstruction, LLC, and Zimmer Biomet*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD FOLMER, | CASE NO. 3:19-cv-00156-MMD-CBC |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| BIOMET ORTHOPEDICS, LLC, et al., | |
| Defendants. | |

Defendants Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC, and Zimmer Biomet by and through their attorneys of record, the law office of Snell & Wilmer L.L.P., hereby requests the removal of Joshua D. Cools, Esq. from the CM/ECF Service List as

///
///
///
///

1  Mr. Cools is no longer employed at this firm.

2  DATED this 9th day of April, 2019.

3  SNELL & WILMER L.L.P.

By: /s/ Dawn L. Davis
Vaughn A. Crawford (NV Bar No. 7665)
Dawn L. Davis (NV Bar No. 13329)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

**FAEGRE BAKER DANIELS LLP**
Tarifa B. Laddon (*Pro Hac Vice Pending*)
Theodore O'Reilly (*Pro Hac Vice Pending*)
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025

*Attorneys for Defendants*
*Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC, and Zimmer Biomet*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 4/10/2019

<u>*Folmer v. Biomet, et al.*</u><br>Case No. 3:19-cv-00156-MMD-CBC

## **ORDER**

IT IS SO ORDERED.

DATED: April ___, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and accurate copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** by the method indicated addressed as follows:

☐     **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below and/or included on the Court's Service List for the above-referenced case.

☒     **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐     **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below:

Matthew D. Minucci (NV Bar No. 12449)
COTTLE LAW FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
Telephone: (702) 722-6111
Facsimile: (702) 834-8555
mminucci@cottlefirm.com

*Attorneys for Plaintiff*

DATED this 9th day of April, 2019.

/s/ Julia M. Diaz
An Employee of Snell & Wilmer L.L.P.

4839-3725-6335

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200